**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MAURICE HENRY,
# 148259,**

    **Plaintiff,**

vs.                                                        **Case No. 4:20cv561-AW-MAF**

**WALT MCNEIL, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Two Orders were recently entered in this case, ECF Nos. 7 and 9, directing the pro se Plaintiff to file a second amended complaint if he desired to proceed with this case. The first of those Orders explained why Plaintiff's first amended complaint was insufficient and required Plaintiff to either file a second amended complaint or a notice of voluntary dismissal. ECF No. 7. The second Order informed Plaintiff that there was nothing technical about that requirement. ECF No. 9. Plaintiff need only state what happened to him, when, where, and describe the actions of the persons involved. *Id.* Nothing further has been received from Plaintiff,

despite the warning that a recommendation would be made to dismiss this case if he did not comply by the February 8, 2021, deadline. ECF Nos. 7, 9. It appears that Plaintiff has abandoned this litigation.

"A district court, as part of its inherent power to manage its own docket, may dismiss a case sua sponte" when a Plaintiff "fails to prosecute or" otherwise comply with a court order. See Ciosek v. Ashley, No. 3:13cv147/RV/CJK, 2015 WL 2137521, at *2 (N.D. Fla. May 7, 2015). The Supreme Court has held that "[t]he authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs . . . . " Link v. Wabash R.R. Co., 370 U.S. 626, 630, 82 S. Ct. 1386, 1389, 8 L. Ed. 2d 734 (1962) (quoted in Betty K Agencies, Ltd. v. M/V MONADA, 432 F.3d 1333, 1337 (11th Cir. 2005)); see also N.D. Fla. Loc. R. 41.1. Because Plaintiff did not comply with two Court Orders and has failed to prosecute this case, dismissal is now appropriate.

Case No. 4:20cv561-AW-MAF

## Recommendation

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and failure to comply with Court Orders.

**IN CHAMBERS** at Tallahassee, Florida, on February 16, 2021.

        S/    Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). **Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.** If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.