IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MAURICE HENRY,**

    **Plaintiff,**

**v.**                                     **Case No. 4:20-cv-561-AW-MAF**

**WALT McNEIL, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 16 Report and Recommendation. ECF No. 10. No objections have been filed. I have determined the Report and Recommendation should be adopted, and it is now incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed for failure to prosecute and failure to comply with court orders." The clerk will then close the file.

SO ORDERED on March 20, 2021.

                                                  s/ *Allen Winsor*
                                                  United States District Judge